AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Melancon, Tucker L | 2. Court or Organization  USDC for W District of LA | 3. Date of Report  08/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial   ☒ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  800 Lafayette Street Suite 4700 Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 ▮▮▮ Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED Aug 15 10 53 AM '06 FINANCIAL OFFICE DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | New York Life Insurance Co, Annuity | $ 26,320.20 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Bill Baisey | For reportee ▮▮▮▮ to attend 2 weddings in Jordan; air travel to and from Jordan | $ 6500.00 |
| 2. | Lodging, meals, and transportation while in Jordan | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Bank | Line of Credit | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Common Stock Southeast Central LA Premium Finance Co | | None | J | W | | | | | |
| 2. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 3. American International Group | A | Dividend | J | T | | | | | |
| 4. Life ENH Systems Inc | - | None | J | W | | | | | |
| 5. Working Interest - Golden #258, DeSoto Parish, LA | A | Distribution | J | W | | | | | |
| 6. Working Interest - Grayson #1 | A | Distribution | J | W | | | | | |
| 7. Working Interest - Aubrey #2, Columbia County, AR | A | Distribution | J | W | | | | | |
| 8. Working Interest - Aubrey #3 | A | Distribution | J | W | | | | | |
| 9. Working Interest - Aubrey #4 | A | Distribution | J | W | | | | | |
| 10. Working Interest - Aubrey $5 | A | Distribution | J | W | | | | | |
| 11. Working Interest - Aubrey #6 | A | Distribution | J | W | | | | | |
| 12. Working Interest - Kendrick #1 | A | Distribution | J | W | | | | | |
| 13. Working Interest - JR Rushing #1 | A | Distribution | J | W | | | | | |
| 14. Working Interest - Brashing #1 | A | Distribution | J | W | | | | | |
| 15. Working Interest - Ark-LA-Tex | D | Distribution | J | W | Buy | 10/05 | | | |
| 16. Working Interest - Pollock #1 | D | Distribution | J | W | Buy | 9/05 | | | |
| 17. Royalty Int - Strat Land, DeSoto Parish, LA | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royalty Int - Silver Pines, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 19. Royalty Int - Jeems Bayou, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 20. Royalty Int - Grisby Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 21. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 22. Royalty Int - Silver Oak, DeSoto Parish, LA | D | Royalty | J | W | | | | | |
| 23. International Business Machines Inc Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 24. Cisco Systems Inc (IRA) | | None | J | T | | | | | |
| 25. Lucent Technologies (IRA) | | None | J | T | | | | | |
| 26. AVAYA Inc (IRA) | | None | J | T | | | | | |
| 27. Time Warner Inc (IRA) | | None | J | T | | | | | |
| 28. Janus Worldwide Mutual Fund (IRA) | | None | K | T | | | | | |
| 29. Janus Twenty Mutual Fund (IRA) | | None | J | T | | | | | |
| 30. Janus Global Life Sciences Fund (IRA) | | None | J | T | | | | | |
| 31. Janus Mercury Fund (IRA) | | None | J | T | | | | | |
| 32. Janus Olympus Fund (IRA) | | None | J | T | | | | | |
| 33. Janus Enterprise Fund (IRA) | | None | J | T | | | | | |
| 34. Janus Contrarian Fund (IRA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Global Technology (IRA) | | None | J | T | | | | | |
| 36. ML Cash Mgt Account | A | Interest | J | T | | | | | |
| 37. AT&T Corp Common Stock | A | Dividend | J | T | | | | | |
| 38. Johnson & Johnson Common Stock | A | Dividend | K | T | | | | | |
| 39. Pub Svc Enterprise Group | A | Dividend | J | T | | | | | |
| 40. WGL Holdings Inc | A | Dividend | J | T | | | | | |
| 41. Merril Lynch Senior Floating Rt Fd | A | Dividend | J | W | | | | | |
| 42. ML Money Market Account (SEP) | A | Interest | J | T | | | | | |
| 43. Conocophillips Common Stock (SEP) | A | Dividend | J | T | Sell | 06/16 | J | A | |
| 44. Exxon Mobil Common Stock (SEP) | A | Dividend | J | T | Sell | 6/16 | J | A | |
| 45. ML Basic Value Fund Class B (SEP) | A | Dividend | J | T | | | | | |
| 46. Whole Life - Trust #1 | | | L | T | | | | | |
| 47. Janus Mercury Fund (X) | A | Dividend | J | T | | | | | |
| 48. Janus Enterprise Fund (X) | | | J | T | | | | | |
| 49. Janus Global Life Sciences (X) | | | J | T | | | | | |
| 50. Janus Global Technology Fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L | 08/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and·honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___August 14, 2006___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544